motion for release on recognizance bond. Motion denied as moot.

O'CONNOR, C.J., not participating.

**2017–0972. State v. Holloway.**

Butler App. No. CA2016–08–152, 2017-Ohio-4039. On review of an order certifying a conflict. It is determined that no conflict exists. Cause dismissed.

O'DONNELL and O'NEILL, JJ., dissent.

**2017–0973. State v. Sibrian.**

Montgomery App. No. 27041, 2017-Ohio-2613. On motion for leave to file delayed appeal. Motion denied.

KENNEDY, O'NEILL, and FISCHER, JJ., dissent.

**2017–0982. State v. Flores–Lopez.**

Montgomery App. No. 27108, 2017-Ohio-690. On motion for leave to file delayed appeal. Motion denied.

O'NEILL, J., dissent.

**2017–0989. State v. Goodwin.**

Butler App. No. CA2016–05–099, 2017-Ohio-2712. On review of an order certifying a conflict. It is determined that no conflict exists. Cause dismissed.

O'CONNOR, C.J., and O'NEILL and FISCHER, JJ., dissent.

**2017–1001. State v. Boyer.**

Clark App. No. 2016–CA–63, 2017-Ohio-4199. On appellant's motion for stay of judgment. Motion denied.

KENNEDY, J., dissents and would grant the motion and continue the appellant's bond.

O'NEILL and FISCHER, JJ., dissent.

**2017–1008. State v. Amnathphonthip.**

Franklin App. No. 16AP–337. On motion for leave to file delayed appeal. Motion denied.

**2017–1049. State v. Nelson.**

Muskingum App. No. CT2015–0057, 2016-Ohio-2787. On motion for leave to file delayed appeal. Motion denied.

**2017–1156. State v. Stewart.**

Delaware App. No. 17 CAA 01 0004, 2017-Ohio-2842. On appellant's motion for stay of court of appeals' decision. Motion denied.

DEWINE, J., dissents.

**2017–1207. Howell v. Consol. Rail Corp.**

Cuyahoga App. No. 104554, 2017-Ohio-6881. On appellant's motion to stay court of appeals' judgment and trial date. Motion granted.

O'CONNOR, C.J., and FRENCH, J., dissent.